IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

OSCAR STILLEY Plaintiff

v. Case No. 2:26-cv-2183-TLB

STACEY SHELLY, in her official capacity as
Crawford County Clerk, et al Defendants

**ENTRY OF APPEARANCE**

Comes now Plaintiff Oscar Stilley and enters his appearance in the captioned matter.

Respectfully submitted.

By: /s/ Oscar Stilley November 20, 2026

Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 cell phone
oscarstilley@gmail.com

**CERTIFICATE OF SERVICE**

Stilley by his signature above certifies that on the date stated above this pleading was served to all parties entitled to service via CM/ECF.