IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

OSCAR STILLEY Plaintiff

v. Case No. 2:26-cv-2183-TLB

STACEY SHELLY, in her official capacity as
Crawford County Clerk, et al Defendants

**MOTION FOR CM/ECF FILING PRIVILEGES, WITH INCLUDED BRIEF**

Comes now Plaintiff Oscar Stilley (Stilley) and for his motion for CM/ECF privileges states:

1. Stilley requests that he be permitted to file electronically using CM/ECF.

2. Stilley has extensive experience with CM/ECF filing as a pro se litigant.

3. Stilley inquired of opposing counsel. Mr. Creed graciously stated that he had no opposition. No response has been had from Mr. Wahlmeier at the present time.

WHEREFORE, Stilley requests that the Court grant CM/ECF filing privileges to Stilley for this case; and for such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted.

By: /s/ Oscar Stilley November 23, 2026

Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 cell phone
oscarstilley@gmail.com

## BRIEF IN SUPPORT

Stilley has in the past been a licensed attorney but is now disbarred. During the time that Stilley was a licensed attorney he filed via CM/ECF in a number of federal jurisdictions, sometimes after admission to practice, sometimes *pro hac vice*.

Stilley currently has electronic filing privileges in the Northern District of Oklahoma. Stilley has also filed *pro se* pleadings via CM/ECF in the 10th and 7th Circuits, and in other federal district courts, successfully and without incident.

Stilley is aware of the rules and procedures applicable to CM/ECF filing, and will follow them. The privileges sought will lighten the administrative burden upon the clerk.

**CONCLUSION**

The Court should grant Stilley's request for CM/ECF privileges.

Respectfully submitted.

By: /s/ Oscar Stilley November 23, 2026

Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 cell phone
oscarstilley@gmail.com

## CERTIFICATE OF SERVICE

Stilley by his signature above certifies that on the date stated above this pleading was submitted to the Clerk for filing, whereupon all parties entitled to service will receive such service via CM/ECF.