**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORTH SMITH DIVISION**

**OSCAR STILLEY** **PLAINTIFF**

**v.** **CASE NO. 2:26-cv-02183-TLB**

**STACEY SHELLY, et al.** **DEFENDANTS**

**NOTICE OF APPEARANCE**

Assistant Attorney General Logan C. Elko hereby enters his appearance as counsel for Arkansas Secretary of State Cole Jester and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By: Logan C. Elko, AR Bar 2024185
Assistant Attorney General
Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 313-0406
Fax: (501) 682-2591
Email: logan.elko@arkansasag.gov

*Attorneys for Secretary of State Cole Jester*

**CERTIFICATE OF SERVICE**

I, Logan C. Elko, hereby certify that on November 23, 2026, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will notify all parties registered to receive notifications in this matter. A true and correct copy of the foregoing was sent to the below named individual by means of electronic mail, to-wit:

Oscar Stilley
oscarstilley@gmail.com

Logan C. Elko