**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORTH SMITH DIVISION**

**OSCAR STILLEY** **PLAINTIFF**

**v.** **CASE NO. 2:26-cv-02183-TLB**

**STACEY SHELLY, et al.** **DEFENDANTS**

## MOTION TO DISMISS

COMES NOW, Defendant Secretary of State Cole Jester, by and through his attorneys, Attorney General Tim Griffin and Assistant Attorney General Logan C. Elko, for his Motion to Dismiss, states:

1. Plaintiff, Oscar Stilley, filed this lawsuit originally in Crawford County Circuit Court seeking a declaration under the Arkansas Declaratory Judgment Act that his federal conviction in Oklahoma was illegal. Doc. No. 3.

2. Plaintiff has sued Arkansas Secretary of State Cole Jester in his official capacity. Doc. No. 3.

3. Plaintiff's Complaint should be dismissed for multiple reasons.

4. First, the Complaint fails to state facts upon which relief can be granted.

5. Second, Secretary Jester is entitled to sovereign immunity under both the Eleventh Amendment and Arkansas sovereign immunity jurisprudence.

6. Third, Plaintiff's Complaint is moot.

7. A brief in support of this Motion is being filed contemporaneously herewith and incorporated herein pursuant to Federal Rule of Civil Procedure 10(c).

WHEREFORE, Defendant Secretary of State Cole Jester respectfully requests this Court to grant his motion to dismiss and for all other just and proper relief to which he may be entitled.

Respectfully submitted,

TIM GRIFFIN

Attorney General

By: Logan C. Elko, AR Bar 2024185
Assistant Attorney General
Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 313-0406
Fax: (501) 682-2591
Email: logan.elko@arkansasag.gov

*Attorneys for Secretary of State*
*Cole Jester*

**CERTIFICATE OF SERVICE**

I, Logan C. Elko, hereby certify that on November 23, 2026, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will notify all parties registered to receive notifications in this matter. A true and correct copy of the foregoing was sent to the below named individual by means of electronic mail, to-wit:

Oscar Stilley
oscarstilley@gmail.com

Logan C. Elko