IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| OSCAR STILLEY<br><br>Plaintiff,<br><br>v.<br><br>STACEY SHELLY, in her official capacity as Crawford County Clerk; COLE JESTER, in his official capacity as Secretary of State for the State of Arkansas, UNITED STATES<br><br>Defendants. | ) | Case No.: 2:26-CV-02183 – TLB |

**MOTION TO DISMISS**

COMES NOW the United States of America by and through the United States Attorney for the Western District of Arkansas and the undersigned Assistant United States Attorney, and submits this motion to dismiss Plaintiff's Complaint, hereby states:

1. This case was originally filed in the Circuit Court of Crawford County Arkansas against Stacey Shelly, in her official capacity as Crawford County Clerk, Cole Jester, in his official capacity as Secretary of State for the State of Arkansas, and the United States. This case was removed to the United States District Court for the Western District of Arkansas on November 19, 2026.

2. Plaintiff's Complaint is an improper attempt to obtain through a state-court declaratory-judgment action what he has repeatedly failed to obtain through the procedures Congress prescribed for challenging federal criminal judgments. The sole premise of the Complaint is that an Arkansas state court, and now this Court following removal, should declare Plaintiff's federal criminal judgments void so that his voter registration may be treated as valid

notwithstanding the Arkansas Supreme Court's determination that he was ineligible to vote when he registered.

3. But Plaintiff cannot achieve that result by suing the United States. The United States has not waived sovereign immunity for the claims asserted. The Crawford County Circuit Court lacked jurisdiction over both the United States and Plaintiff's challenge to federal criminal judgments, and this Court therefore acquired no jurisdiction upon removal under the doctrine of derivative jurisdiction. Congress has specified the exclusive procedures for collaterally attacking a federal conviction or sentence, and a declaratory-judgment action is not one of them. Finally, Plaintiff lacks standing because his alleged injury is neither traceable to the United States nor redressable by any relief against it.

4. A brief in support of this Motion is being filed contemporaneously herewith.

WHEREFORE, the Defendant, United States of America, respectfully requests that all claims made against it be dismissed and for all other just and proper relief to which he may be entitled.

Respectfully submitted,

KEVIN R. HOLMES
UNITED STATES ATTORNEY

By: /s/ Seth T. Creed

Seth T. Creed
Assistant U. S. Attorney
Bar Number 2010176
1277 E. Joyce Blvd., # 200
Fayetteville, Arkansas 72703
479-249-9045
Seth.creed@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Seth T. Creed, Assistant United States Attorney for the Western District of Arkansas, hereby certified that on November 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record. Also, a true and correct copy of the foregoing was sent to the below named individual by means of electronic mail, to-wit:

Oscar Stilley
oscarstilley@gmail.com

*/s/ Seth T. Creed*
Seth T. Creed
Assistant United States Attorney